{¶ 1} Relators have filed a complaint seeking writs of mandamus and prohibition and a motion for temporary injunctive relief.
{¶ 2} It is ordered, sua sponte, that an alternative writ of mandamus is granted, and the following briefing schedule is set for the presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 10.6: Relators shall file their brief and evidence no later than January 3, 2011, and respondents shall file their briefs and evidence no later than January 5, 2011.
{¶ 3} The parties shall serve all documents filed in this case by personal service, facsimile transmission, or e-mail on the date of the filing. The Clerk’s office shall refuse to file any reply briefs or requests for extension of time in this case.
{¶ 4} It is further ordered that the motions of Tracie Hunter and the Northeast Ohio Coalition for the Homeless and Ohio Democratic Party for leave to intervene as respondents are granted.
{¶ 5} It is further ordered that respondents and their agents, servants, employees, attorneys, and other persons acting on their behalf are hereby stayed from opening the provisional ballot envelopes pending further order of the court.
{¶ 6} It is further ordered that the complaint for a writ of prohibition is dismissed.
Pfeifer, Lundberg Stratton, O’Connor, O’Donnell, Lanzinger, and Cupp, JJ., concur.
Brown, C.J., concurs separately.